CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson, Ms

COUNTY: Hinds

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:16Cr30 HTW-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: IVORY LEE HARRIS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 19 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Jerry L. Rushing      BAR # MS 5731

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  8      ___ PETTY   ___ MISDEMEANOR   8  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:371.F | 18 U.S.C. § 371 | Conspiracy to Defraud the United States | 1 |
| Set 2   18:1546.F | 18 U.S.C. § 1546 | Fraud and Misuse of Visa/Permits | 2,3,4 8,10 |
| Set 3   18:1343.F. | 18 U.S.C. § 1343 | Fraud by Wire, Radio, or Television | 11 |
| Set 4   18:1341.F | 18 U.S.C. § 1341 | Frauds and Swindles | 12 |
| Set 5 | | | |

Date: 4/8/2016            SIGNATURE OF AUSA: _____

(Revised 2/26/10)