IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                          CRIMINAL NUMBER: 3:16-CR-030-HTW-LRA

SACHIN GIRISHKYMAR PATEL,
TARUNKUMAR PURUSHOTT AMBHAI PATEL,
SIMPSON LLOYD GOODMAN,
IVORY LEE HARRIS,
SANJAY RATHILAL PATEL,
MAHESHKUMAR MANGALDAS PATEL,
ASHABEN MUKESHBHAI PATEL,
RAJAN NARESHKUMAR PATEL,
GOPALDAS KHODABHAI PATEL,
SACHIN KHODIDAS PATEL, and
BALDEVBHAI RAMABHAI PATEL                                          DEFENDANTS

## ORDER FOR FOR RETURN TO DISTRICT FOR HEARING

This matter having come before the Court on *ore tenus* motion of defendant, Sanjay Patel, through his counsel, Mark D. Jicka, for an Order To Direct the Pretrial Services Agency, District of New Jersey to release Mr. Patel's passport in order to allow him to travel to Mississippi for a hearing before this Court. The passport would be released in exchange for the passports of Mr. Patel's wife and two children. The hearing is scheduled for Monday, October 3, 2016, at 2:00 p.m. The Court having considered said motion is of the opinion that the motion is well taken, and should be granted.

IT IS, THEREFORE, ORDERED that pursuant to the Conditions of Release entered on May 18, 2016, the defendant is to return to this District for a hearing on Monday, October 3, 2016, at 2:00 p.m. Further, this Court requests that the Pretrial Services Agency, District of New Jersey release Mr. Patel's passport to him, in exchange for the passports of his wife and two children, to aid Mr. Patel in his travel to Mississippi for the hearing as set forth above.

SO ORDERED AND ADJUDGED on this the _30th_ day of September, 2016.

                                                                         _____
                                                                         UNITED STATES MAGISTRATE JUDGE

Consented to:

_s/David H. Fulcher_
David H. Fulcher

_s/Mark D. Jicka_
Mark D. Jicka

2 | P a g e