## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**vs.**                         **CRIMINAL ACTION NO.: 3:16-CR-30-HTW-FKB-4**

**IVORY LEE HARRIS**                                                           **DEFENDANT**

### EXHIBIT LIST FOR DETENTION HEARING
### JANUARY 23, 2017

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID. |
|---|---|---|---|---|
| G-1 | ICE Report (SEALED) | Government | X | X |